UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EESAENG MARTINEZ and STEVEN MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No.  1:21-cv-01116-JLT-BAM<br><br>**ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. 39) |

On July 21, 2022, the parties filed a notice of settlement.  (Doc. 37.)  Thereafter, pursuant to Local Rule 160, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than August 11, 2022.  (Doc. 38.)

On August 10, 2022, the parties filed a Joint Status Report.  According to the report, settlement funds have yet to be disbursed by Defendant BMW of North America, LLC.  Plaintiffs therefore request that the Court continue the deadline to file dismissal documents to allow the parties to complete their obligations under the settlement agreement, including Plaintiffs' receipt of settlement funds.   Alternatively, should the Court dismiss the action, the parties request that the Court retain jurisdiction to enforce the settlement.  (Doc. 39.)

Having considered the Joint Status Report, and for good cause, Plaintiffs' request to continue the deadline to file dismissal documents is GRANTED.  The parties shall file

1

appropriate papers to dismiss or conclude this action in its entirety on or before **September 9, 2022**.

IT IS SO ORDERED.

Dated: __August 11, 2022__        /s/ *Barbara A. McAuliffe*_
                                  UNITED STATES MAGISTRATE JUDGE